In the Matter of CHARLIE FLOW, Appellant, v HAROLD GRAHAM, as Superintendent of Auburn Correctional Facility, Respondent. [831 NYS2d 90]—Appeal from a judgment of the Supreme Court, Cayuga County (Peter E. Corning, A.J.), entered April 11, 2006 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Centra, Fahey and Pine, JJ.